# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1646
LT Case Nos. 2022-CP-002871
2021-CP-001940

_____

LANDON L. WILLIAMS, JR.,

    Appellant,

    v.

REGINALD L. WILLIAMS, SR.,
Individually and as Personal
Representative of the Estate of
Landon L. Williams, Sr., a/k/a
Landon Lovarn Williams, Sr.,
Lanita Williams-Wells, Yolanda
S. Williams, and Michelle D.
Williams,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Landon L. Williams, Jr., Jacksonville, pro se.

Markus A. Sermons, of Sermons Law, PLLC, Orange Park, for
Appellees.

June 25, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————